Argued and submitted May 1, vacated in part; otherwise affirmed May 24, 2000

RAMON OROZCO-OROZCO,
*Appellant,*

*v.*

Robert LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(98-10-30079M; CA A106722)

1 P3d 512

▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬

Bob Pangburn argued the cause and filed the brief for appellant.

Ann Kelley, Assistant Attorney General, argued the cause for respondent. On the brief were Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Kaye E. McDonald.

Before Landau, Presiding Judge, and Brewer, Judge, and Ceniceros, Senior Judge.

PER CURIAM

Judgment requiring payment of court-appointed attorney fees vacated; otherwise affirmed. *Alexander v. Johnson*, 164 Or App 235, 990 P2d 929 (1999).